UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:17-cr-00172-JRS-TAB ) |
| THOMAS J. BUCK, | ) -01 ) |
| Defendant. | ) |

**ENTRY RESETTING ROOM AND JUDGE**

The January 18, 2019 sentencing hearing at 1:30 p.m. is **moved to Room 246**, U.S. Courthouse, 46 E. Ohio Street, Indianapolis, Indiana, before Judge James R. Sweeney II.

Date: 10/1/18

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Robert W. Hammerle
HACKMAN HULETT LLP
rhammerle@hhlaw-in.com

Steven T. Henke
HACKMAN HULETT LLP
shenke@hhlaw-in.com

Nicholas J. Linder
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
nick.linder@usdoj.gov

Cynthia J. Ridgeway
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
cynthia.ridgeway@usdoj.gov

Anthony Seaton Ridolfo, Jr.
HACKMAN HULETT LLP
aridolfo@hhlaw-in.com

David E. Robbins
KAUFMANN GILDIN ROBBINS LLP
drobbins@kaufmanngildin.com

Timothy Knoll Ryan
HACKMAN HULETT LLP
tryan@hhlaw-in.com