UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | CAUSE NO.: 1:17-CR-00172-001 |
| | ) | VSM #15989-028 |
| | ) | |
|     v. | ) | |
| | ) | BEFORE THE HONORABLE |
| THOMAS J. BUCK, | ) | JAMES R. SWEENEY, II, JUDGE |
|     Defendant. | ) | US DISTRICT COURT, SOUTHERN |
| | ) | DISTRICT OF INDIANA |

## MOTION FOR COMPASSIONATE RELEASE OR PLACEMENT IN HOME CONFINEMENT

Comes now, Robert W. Hammerle, Mr. Buck's trial attorney, and in support of the Motion filed "Motion for Compassionate Release or Placement in Home Confinement" filed by Patrick A. Shoulders, as a friend of the Court files the attached New York Times article (Exhibit A) relating to the coronavirus crisis inside prisons.

Respectfully submitted,

*/s/ Robert W. Hammerle*
Robert W. Hammerle, Atty. No 7424-49
Hackman Hulett LLP
135 North Pennsylvania Street, Suite 1610
Indianapolis, IN 46204
T 317-636-5401
Email: rhammerle@hhlaw-in.com

# CERTIFICATE OF SERVICE

The undersigned hereby certified of a true and complete copy was duly served upon the following counsel of record through the CM/ECF on this 26th day of June, 2020.

Josh J. Minkler, United States Attorney
Nicholas J. Linder
Southern District of Indiana
10 W. Market Street, Ste. 2100
Indianapolis, IN 46204

Patrick A. Shoulders
20 NW First Street, 9th Floor
PO Box 916
Evansville, IN 47706

*/s/ Robert W. Hammerle*
Robert W. Hammerle
Hackman Hulett LLP
135 North Pennsylvania Street, Suite 1610
Indianapolis, IN 46204